## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

MONIKA MCKAY )
        Plaintiff, )

v. )  Case No: 5:25-cv-00804-JSM-PRL

EQUIFAX INFORMATION SERVICES, )
LLC )
        Defendant, )

---

## NOTICE OF SETTLEMENT

---

PLEASE TAKE NOTICE that Plaintiff represents that Plaintiff and Defendant herein have reached a settlement agreement that will resolve all claims in this action. Following execution of the agreement, Plaintiff will promptly file a stipulation of dismissal.  Accordingly, Plaintiff requests that all deadlines and proceedings in this action be stayed pending the execution of the parties' agreement.

Date: June 22, 2026

**The Law Office of Cortney E. Walters, PLLC**
2719 Hollywood Blvd., A-1969
Hollywood, FL 33020
/s/ Cortney Walters, Esq.
CORTNEY WALTERS, Esq
Florida Bar no. 125159
Pleadings@cewlawoffice.com

Page 1 of 2

(954) 874-8022